IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROY NAVOLYNSKI, | CV 20–158–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MERRICK GARLAND, and AUSTIN KNUDSEN, | |
| Defendants. | |

Plaintiff Roy Navolynski, having failed to respond to the Court's show cause order as to why his case should not be dismissed for failing to serve Defendants,

IT IS ORDERED that this case is DISMISSED without prejudice.

DATED this 30th day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court