UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROY NAVOLYNSKI,<br><br>             Plaintiff,<br><br>vs.<br><br>MERRICK GARLAND, AND AUSTIN KNUDSEN,<br><br>             Defendants. | Case No. CV-20-158-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice in accordance with the Order issued on today's date.

    Dated this 30th day of June, 2021.

                                   TYLER P. GILMAN, CLERK

                                   By: /s/ A.S. Goodwin
                                   A.S. Goodwin, Deputy Clerk

